UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 06 B 09275
   TAMMY D MCDOWELL
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-2885
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/01/06 and confirmed on 10/11/06.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  12456.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP | CURRENT MORTG | .00 | .00 | .00 |
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 22507.71 | .00 | 5953.11 |
| DISCOVER BANK | UNSECURED | 7192.09 | .00 | 1902.25 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 3908.18 | .00 | 1033.68 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSWEGO FIRE PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| RIZA A BABER MD | UNSECURED | 250.00 | .00 | 66.12 |
| RIDGE AMBULANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8460.78 | .00 | 2237.81 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 42318.76 | .00 | 42318.76 |
| PRINCIPAL PAID | .00 | .00 | 11192.97 | .00 | 11192.97 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 11192.97 | .00 | 11192.97 |

The Debtor's attorney, SUSAN G CASTAGNOLI             , was allowed $   2500.00
and was paid $   1627.00  direct and $    873.00  through the plan.

The Trustee received $    390.03 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/10/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE